UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,   )
                            )   CASE NO. CR20-175 JCC
    Plaintiff,              )
                            )
    v.                      )
                            )   DETENTION ORDER
JASON WILLIAM SCOTT,        )
                            )
    Defendant.              )
                            )

Offenses charged:

1. Felon in Possession of a Firearm

2. Possession of Heroin with Intent to Distribute

3. Possession of a Firearm in Furtherance of a Drug Trafficking Offense

Date of Detention Hearing: May 17, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's lengthy criminal record includes previous drug-related charges, with significant sentences imposed. Defendant's criminal history also reflects failures to appear with warrant activity, as well as three convictions for failure to register as a sex offender. Defendant has been under supervision of the Washington State Department of Corrections for the majority of the past twenty years, but has continued to commit new crimes and supervision violations. He was not interviewed by Pretrial Services, so his background information is unknown or unverified. He does not contest detention.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 18th Day of May, 2021.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3