1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,

                    CASE NO. CR20-0175-JCC

10                    Plaintiff,

                    ORDER

11        v.

12  JASON WILLIAM SCOTT,

13                    Defendant.

14

15        This matter comes before the Court on the Government's unopposed motion to continue

16  trial (Dkt. No. 16). The Government moves to continue trial because it represents—and defense

17  counsel does not dispute—that defense counsel needs additional time to review discovery,

18  including a "voluminous forensic analysis of a cell phone extraction" and prepare for trial. (*Id.* at

19  2.) Having considered the briefing and the relevant record, the Court FINDS that the ends of

20  justice served by granting a continuance outweigh the best interests of Mr. Scott and the public

21  to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reason for this finding is that failure to

22  grant a continuance would deny counsel for Mr. Scott the reasonable time necessary for effective

23  preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

24  //

25  //

26  //

Accordingly, the Court ORDERS:

1. The July 19, 2021 jury trial is CONTINUED until October 11, 2021.

2. The pretrial motions deadline is CONTINUED until September 23, 2021.

3. The period from the date of this order until October 11, 2021 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 16th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE