THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0175-JCC |
| Plaintiff, | ORDER |
| v. | |
| JASON WILLIAM SCOTT, | |
| Defendant. | |

This matter comes before the Court on the Defendant's motion to seal Exhibit 2 to the defense sentencing memorandum. (Dkt. No. 30.) Having considered the briefing and the relevant record, the Court GRANTS the motion for the reasons below.

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

Defendant contends that Exhibit 2 should be kept under seal because it is a psychological evaluation that contains his private information. (Dkt. No. 30 at 1.) The Court agrees; sealing

Exhibit 2 serves a compelling interest in protecting Defendant's private medical information, which is substantially likely to be harmed if that document is not sealed.

For the foregoing reasons, the Court hereby GRANTS Defendant's motion (Dkt. No. 30).

DATED this 19th day of November 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE